IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:25-CR-00042

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NOTICE OF APPEARANCE |
| v. ) | |
| ) | |
| ALEXANDER FRANCISE BLASSCYK ) | |

NOW COMES the undersigned attorney for the United States, admitted to practice in this Court, and acting by and through Russ Ferguson, United States Attorney, and hereby enters an appearance in this case.

RUSS FERGUSON
UNITED STATES ATTORNEY

**s/ Benjamin Bain-Creed**
Florida Bar # 0021436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Email: benjamin.bain-creed@usdoj.gov